**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:08-cv-464-RJC**

| | | |
|---|---|---|
| **WALTER THOMAS STATON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **CAR BUCKS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on the plaintiff's Notice of Withdrawal of Appeal. (Doc. No. 5). The Court has been advised that the Plaintiff's Chapter 13 bankruptcy has been dismissed thereby making the appeal moot.

THEREFORE, IT IS HEREBY ORDERED that the plaintiff's motion is **GRANTED**, and the appeal against the defendant Car Bucks is **DISMISSED** without prejudice.

Signed: January 5, 2009

Robert J. Conrad, Jr.
Chief United States District Judge